IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MATTHEW POPE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-1225-O-BP |
| § | |
| STATE OF TEXAS, et al., § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Pope's claims against the State of Texas are **DISMISSED without prejudice**. Pope's remaining claims are **DISMISSED with prejudice.** To the extent *Heck v. Humphrey* bars Pope's claims against the North Richland Hills Municipal Court, Pope is permitted to reassert those claims when the conditions under *Heck* are met. 512 U.S. 477 (1994).

**SO ORDERED** on this **7th day of November, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE